

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00527-CV

Anna Maria Salinas **SAENZ**, et al.,
Appellants

v.

**THORP PETROLEUM CORP.,** et al.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-04-120
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

    The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 17, 2014. No further extensions.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court